UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALBERTO SANCHEZ, <br><br> Petitioner <br><br> v. <br><br> W.L. MONTGOMERY, <br><br> Respondent. | Case No. SACV 15-00496-AB (GJS) <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition and all pleadings, motions, and other documents filed in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). The deadline to file Objections to the Report has passed, and no Objections have been filed with the Court.

The Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that: (1) the Petition is DENIED; and (2) Judgment shall be entered dismissing this action with prejudice.

/ / /
/ / /
/ / /

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATE: July 1, 2016

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE