# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALBERTO SANCHEZ,<br>    Petitioner<br>    v.<br>W.L. MONTGOMERY,<br>    Respondent. | Case No. SACV 15-00496-AB (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge Gail J. Standish,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: July 1, 2016

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE